IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANOPIUS US INSURANCE, INC.
f/k/a OMEGA US INSURANCE, INC.                                              PLAINTIFF

VS.                                       CASE NO. 4:13-CV-4079

STEVE JOHNSON and
DONN WOLF
                                                                  DEFENDANT-INSUREDS

and

DESIREE KOLBEK, AMY EDDY,
JEANETTE ORLANDO, NICOLE FARR,
SUMMER HAGAN, JAMIE RODRIGUEZ,
PEBBLES RODRIGUEZ a/k/a
YVONNE RODRIGUEZ, SPENCER ONDIRSEK,
SETH CALAGNA                                                     DEFENDANT-CLAIMANTS

## ORDER

Before the Court is Plaintiff's Motion to Strike Motion to Dismiss as Untimely. (ECF No. 82). No response to the motion has been filed, and the time to do so has passed. The Court finds this matter ripe for consideration.

Plaintiff moves to strike Defendant-Claimants' Motion to Dismiss which was filed on October 6, 2015. (ECF No. 78). The Court previously ordered that all dispositive motions in this case be re-filed on or before September 18, 2015. (ECF No. 69). Defendant-Claimants have not attempted to show good cause for failing to comply with the Court's deadline. Accordingly, the Court finds that Plaintiff's motion (ECF No. 82) should be and hereby is **GRANTED**. Defendant-Claimants' Motion to Dismiss (ECF No. 78) is hereby struck from the record.[1]

---

[1] The Court notes that the arguments made in Defendant-Claimants' Motion to Dismiss were also raised in their response to Plaintiff's Amended Motion for Summary Judgment. Accordingly, the majority of the issues raised in the Motion to Dismiss will be addressed in the Court's forthcoming order on the summary judgment motion.

**IT IS SO ORDERED**, this 23rd day of March, 2016.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge